# United States Bankruptcy Court
## Western District of Washington

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garcia, Alisabet Mariquita** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Alisa Garcia; FKA Alisabet Miller** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**xxx-xx-5299** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**18 Enatai Drive**<br>**Bellevue, WA**<br>ZIP Code **98004** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** Dorothy A Bartholomew #20887 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Garcia, Alisabet Mariquita |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Dorothy A Bartholomew**    **August 18, 2015**<br>Signature of Attorney for Debtor(s)   (Date)<br>**Dorothy A Bartholomew #20887** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garcia, Alisabet Mariquita** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Alisabet Mariquita Garcia**
Signature of Debtor **Alisabet Mariquita Garcia**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 18, 2015**
Date

### Signature of Attorney*

**X /s/ Dorothy A Bartholomew**
Signature of Attorney for Debtor(s)

**Dorothy A Bartholomew #20887**
Printed Name of Attorney for Debtor(s)

**Dorothy Bartholomew PLLC**
Firm Name

**5310 12TH ST E**
**SUITE C**
**FIFE, WA 98424**

Address

**Email: assistant@findbankruptcy.com**
**(253) 922-2016  Fax: (253) 922-2053**
Telephone Number

**August 18, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Western District of Washington

In re  **Alisabet Mariquita Garcia**   Case No.
Debtor(s)   Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

8/18/15 12:51PM

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Alisabet Mariquita Garcia**
**Alisabet Mariquita Garcia**

Date: **August 18, 2015**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
CHEXSYSTEMS
ATTN: CONSUMER RELATIONS
7805 HUDSON ROAD
SUITE 100
SAINT PAUL, MN 55125-1595


EQUIFAX INFORMATION SERVICES
PO BOX 740256
ATLANTA, GA 30374-0256


EXPERIAN
PO BOX 2002
ALLEN, TX 75013-2002


TRANS UNION CORPORATION
PO BOX 2000
CRUM LYNNE, PA 19022-2002


INNOVAS DATA SOLUTIONS
PO BOX 1640
PITTSBURGH, PA 15230


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


A COMPREHENSIVE REAL ESTATE
COMPANY
2010 156TH AVE NE SUITE 100
BELLEVUE, WA 98007


ACCOUNTS RECEIVABLE, INC.
5517 HANSEL AVE
ORLANDO, FL 32809


ADVANCED FOOT AND ANKLE
100TH AVE SE
KENT, WA 98031


ALLIANCE ONE
4850 STREET RD
SUITE 300
FEASTERVILLE TREVOSE, PA 19053
```

AT&T
BANKRUPTCY DEPARTMENT
PO BOX 769
ARLINGTON, TX 76004

AUDIT & ADJUSTMENT COMPANY
20700 44TH AVE W #100
LYNNWOOD, WA 98036

BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE 19850-5019

CACH LLC/SQUARE TWO FINANCIAL
ATTENTION: BANKRUPTCY
4340 SOUTH MONACO ST.
2ND FLOOR
DENVER, CO 80237

CELLNETIX PATHOLOGY
1124 COLUMBIA STREET
SUITE 200
SEATTLE, WA 98104

CITY OF MILL CREEK
15728 MAIN STREET
BOTHELL, WA 98012

CLIENT SERVICES INC
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301-4047

COMPUTER CREDIT, INC.
CLAIM DEPT 013910
2525 EAST 29TH AVE #10B-1000
SPOKANE, WA 99223-4857

CONDOMINIUM LAW GROUP PLLC
10310 AURORA AVE N
SEATTLE, WA 98133

DIAMOND PARKING SERVICES, LLC
ATTN: COLLECTION DEPARTMENT
4739 UNIVERSITY WAY NE #1646
SEATTLE, WA 98105

DISCOVER FINANCIAL
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3025
NEW ALBANY, OH 43054

EVERGREEN PROF RECOVERIES
ATTN: BANKRUPTCY DEPARTMENT
12100 NE 195TH STREET #325
BOTHELL, WA 98011

FEDERAL NATIONAL MORTGAGE
ASSOCIATION (FANNIE MAE)
CREDITOR C/O SETERUS,INC.
PO BOX 2008
GRAND RAPIDS, MI 49501-2008

FINANCIAL RECOVERY SERVICES
PO BOX 385908
MINNEAPOLIS, MN 55438-5908

GOOD TO GO!
PO BOX 300321
SEATTLE, WA 98103

GROUP HEALTH COOPERATIVE
PO BOX 34585
SEATTLE, WA 98124

IOWA STUDENT LOAN
PO BOX 659705
WEST DES MOINES, IA 50265

ISAC/ILLINOIS STUDENT ASSISTANCE COMMISS
ISAC/ATTN: BANKRUPTCY DEPARTMENT
1755 LAKE COOK ROAD
DEERFIELD, IL 60015

KING COUNTY DISTRICT COURT
601 SW 149TH ST
SEATTLE, WA 98116

KIRKLAND MUNICIPAL COURT
PO BOX 678
KIRKLAND, WA 98083-0678

LAW OFFICES OF FRANCES TUREAN
411 UNIVERSITY ST #1200
SEATTLE, WA 98101

MACY'S
ATTN: BANKRUPTCY DEPT
PO BOX 8053
MASON, OH 45040

MBNA AMERICA BANK
655 PAPER MILL RD
NEWARK, DE 19711

MERCHANT CREDIT ADJUSTERS, INC
4005 SOUTH 148TH STREET
OMAHA, NE 68137

MINOL MIRA
PO BOX 35161
SEATTLE, WA 98124

MIRA OWNERS ASSOCIATION
C/O SUHRCO RESIDENTIAL
PROPERTIES LLC
PO BOX 35161
SEATTLE, WA 98124

MUNICPAL COURT OF SEATTLE
BOX 34109
SEATTLE, WA 98124

NATIONAL ENTERPRISE SYSTEMS
29125 SOLON RD
SOLON, OH 44139

NATIONSTAR MORTGAGE LLC
ATTN: BK DEPT
PO BOX 630267
IRVING, TX 75063

NCO FINANCIAL
PO BOX 15270
WILMINGTON, DE 19850

NORDSTROM FSB
ATTENTION: ACCOUNT SERVICES
PO BOX 6566
ENGLEWOOD, CO 80155


NORTHLAND GROUP INC
PO BOX 390905
MAIL CODE BCK2
MINNEAPOLIS, MN 55439


NORTHSTAR LOCATION SERVICE
4285 GENESEE STREET
BUFFALO, NY 14225-1943


NORTHWEST PHYSICANS NETWORK
PO BOX 4090
SOUTHFIELD, MI 48037


PARKING SERVICES
ATTN: COLLECTION DEPARTMENT
4739 UNIVERSITY WAY NE #1646
SEATTLE, WA 98105-4492


PINNACLE FINANCIAL GROUP
PO BOX 7230
OVERLAND PARK, KS 66207-0230


PIONEER CREDIT RECOVERY INC
26 EDWARD ST
ARCADE, NY 14009


PLANNED PARENTHOOD
702 30TH AVE SW
PUYALLUP, WA 98373


PORTFOLIO RECOVERY ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 41067
NORFOLK, VA 23541


PRIMARY FINANCIAL SERVICES
5959 CORPORATE DRIVE
SUITE 1400
HOUSTON, TX 77036

```
PROFESSIONAL CREDIT SERVICE
PO BOX 87940
VANCOUVER, WA 98687-7940


PUGET SOUND COLLECTIONS
PO BOX 66995
TACOMA, WA 98464


RAINER COLLECT
2516 S HOLGATE ST
TACOMA, WA 98402


RCO LEGAL, P.S.
13555 SE 36TH STREET STE 300
BELLEVUE, WA 98006


RENTON COLLECTIONS, INC
ATTN: BANKRUPTCY DEPT
PO BOX 272
RENTON, WA 98057-0272


ROBERT M DUNPHY
120 CORPORATE BLVD
NORFOLK, VA 23502


SALLIE MAE
ATTN: CLAIMS DEPARTMENT
PO BOX 9500
WILKES-BARRE, PA 18773


SEATTLE MUNICIPAL COURT
600 FIFTH AVE
SEATTLE, WA 98124


SMITH BROTHERS FARMS
26401 79TH AVE S
KENT, WA 98032


STEPHENS AND MICHAELS
PO BOX 109
SALEM, NH 03079


TOLL ENFORCEMENT OFFICE
PO BOX 300326
SEATTLE, WA 98103
```

TUOHY MINOR KRUSE PLLC
2821 WETMORE AVE
EVERETT, WA 98201

US BANK
800 NICOLLET MALL
MINNEAPOLIS, MN 55402

VERIZON WIRELESS
500 TECHNOLOGY DR
SUITE 550
SAINT CHARLES, MO 63304-2225

VIRGINIA MASON HOSPITAL
PO BOX 34924
SEATTLE, WA 98124

WELLS FARGO BANK, N.A.
PO BOX 10438
DES MOINES, IA 50306

WELTMAN, WEINBERG, & REIS CO
323 W LAKESIDE AVE STE 200
CLEVELAND, OH 44113

WEST COAST ADJUSTMENTS
PO BOX 569
LYNNWOOD, WA 98046

WYATT C MILLER
13662 99 AVE NE
KIRKLAND, WA 98034